**CLOSED**

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| JEFFREY COPLIN, | : | |
| | : | **Hon. Robert B. Kugler** |
| Petitioner, | : | |
| | : | Civil No. 12-2882 (RBK) |
| v. | : | |
| | : | |
| DONNA ZICKEFOOSE, | : | |
| | : | **ORDER** |
| Respondents. | : | |
| | : | |

For the reasons set forth in the Opinion filed herewith,

IT IS on this   24th   day of   May  , 2012,

ORDERED that the Petition for a Writ of Habeas Corpus is DISMISSED for lack of jurisdiction; and it is further

ORDERED that, within 30 days of the date of the entry of this Order, Petitioner shall pay the $5.00 filing fee or file an application to proceed <u>in forma pauperis</u> in a habeas case; and it is finally

ORDERED that the Clerk shall serve copies of this Order and the accompanying Opinion upon Petitioner, and shall close the file.

s/Robert B. Kugler
**ROBERT B. KUGLER, U.S.D.J.**